UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

IN RE NONPARTY SUBPOENAS DUCES TECUM :

CAHN & SAMUELS, LLP and MAURICE U. CAHN :

                   Petitioners,

TOPPS COMPANY, INC.,

                   Plaintiff,

    -against-

KOKO'S CONFECTIONARY & NOVELTY, A
DIVISION OF A & A GLOBAL INDUSTRIES, INC.,

                   Defendants.

------------------------------------- x

ORDER

18-mc-468 (GBD) (JW)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is hereby ordered to close the above-captioned case.

Dated: November 17, 2022
      New York, New York

                            SO ORDERED.

                            *George B. Daniels*
                            GEORGE B. DANIELS
                            UNITED STATES DISTRICT JUDGE